UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 12

| | |
|---|---|
| Red Chamber Co. et al <br>                   Plaintiff, <br><br> v. <br><br> United States et al <br>                   Defendant. | Court No.: 20-01188 |

## NOTICE OF SUBSTITUTION OF ATTORNEY

**PLEASE TAKE NOTICE** that International Trade Law Counselors, PLLC has been substituted as attorney of record for plaintiff in this action in place of deKieffer & Horgan.

Dated: May 22, 2023

                                                  Red Chamber Co. et al
                                                         Plaintiff

By: Ming Shin Kou, President

\* \* \* \* \* \* \* \* \*

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby appears in this action as attorney for Red Chamber Co. et al _____, the plaintiff herein, and requests that all papers in connection therewith be served upon him.

☑ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is John Joseph Kenkel.

Dated: May 22, 2023

                                     International Trade Law Counselors, PLLC
                                                   Attorney
                                   8647 Richmond Highway, Suite 623
                                                   Street Address
                                   Alexandria, VA. 22309
                                           City, State and Zip Code

By: /s/ John Joseph Kenkel
                                                New Attorney of Record

(As amended June 5, 2015, eff. July 1, 2015.)                                                                                                        378